AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAYMOND EDWARDS,

Plaintiff,

v.

SUZANNE WEST, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 425-213

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 16, 2025, Plaintiff's Complaint is dismissed for failure to prosecute this case and for failure to obey a court order. This case stands closed.

Approved by: _/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

December 16, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020